IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.                                                CRIMINAL NO. 3:06CR76WHB-JCS

LEDORA BROWN


ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the Court

endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses

the Indictment filed May 24, 2006, against LEDORA BROWN, without prejudice.

DUNN LAMPTON
United States Attorney


By:     s/ Harold H. Brittain
        HAROLD H. BRITTAIN
        Assistant U.S. Attorney
        MS Bar No. 4556

Leave of Court is granted for the filing of the foregoing

dismissal without prejudice.

ORDERED this 28th day of June, 2006.

s/William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE